Commonwealth, Appellant, *v.* Schilbe.

Argued September 11, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

Before READINGER and BODY, JJ.

*Peter F. Cianci,* Assistant District Attorney, with him *Frederick O. Brubaker,* District Attorney, for Commonwealth, appellant.

No argument was made nor brief submitted for appellee.

OPINION PER CURIAM, November 16, 1961:

The order of the Court of Quarter Sessions of Berks County is affirmed on the opinion of Judge AL-BERT S. READINGER for the court below, reported at 25 Pa. D. & C. 2d 326.